UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ-MEJIA,<br><br>                                   Petitioner,<br><br>v.<br><br>PAMELA BONDI, U.S. Attorney General; et al.,<br><br>                                   Respondents. | Case No.:  26-cv-1603-BJC-DDL<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**[ECF No. 1, 2, 3]** |

On March 13, 2026, Leonardo Jose Hernandez-Mejia ("Petitioner") filed a petition for a writ of habeas corpus.  ECF No. 1.  Petitioner alleges that he has remained in immigration detention since his arrest on December 30, 2025.  ECF No. 1 at 2.  On March 31, 2026, Respondents filed a return to the petition stating that "the government does not oppose the petition and defers to the Court on the appropriate relief."  ECF No. 7 at 3.

Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus. Having shown good cause, Respondents shall immediately release Petitioner.  The Clerk of the Court shall close this matter.

**IT IS SO ORDERED.**

Dated:  April 3, 2026

_____

Honorable Benjamin J. Cheeks
United States District Judge

1